IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|     Petitioner,                                    ) | |
| ) | MISCELLANEOUS CASE NO. |
| v.                                                         ) | 08-0023-KD-N |
| ) | |
| SANDY GOOD,                                    ) | |
|     Respondent.                                ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of the petitioner in the above-styled action.  No costs are taxed.

**DONE** and **ORDERED** this **11**th day of **August 2009.**

                                                  /s/ Kristi K. DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**